# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0425. BENTAVIOUS WILLIS v. THE STATE.**

Bentavious Willis was charged in the superior court with aggravated child molestation, aggravated sodomy, and incest. At the time the charges were brought, Willis was a minor. Willis filed a motion to transfer to the juvenile court, which the superior court denied. Thereafter, Willis filed a notice of appeal of the denial. We, however, lack jurisdiction.

Willis's appeal is premature. There is no final judgment and the case remains pending in the superior court. See OCGA § 5-6-34 (a) (1) (a judgment is final "where the case is no longer pending in the court below"). Therefore, the order from which Willis seeks to appeal is interlocutory and not appealable without compliance with the interlocutory appeal procedure of OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court, and filing an application for interlocutory appeal setting forth the need for review. See *In the Interest of W. L., a child*, 335 Ga. App. 561, 563 (2016). Willis's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____ 10/18/2016 _____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*